Hammer Estate.

Argued March 27, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Charles H. Coffroth,* for appellant.

*Frank A. Orban, Jr.,* for appellee.

OPINION PER CURIAM, May 27, 1957:

The decree of the Orphans' Court is affirmed on the Opinion of Judge LANSBERRY, which is reported in 8 D. & C. 2d 247. Each party shall pay his or their respective costs.